O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO FUENTES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>B. CATES,<br><br>　　　　Respondent. | Case No. 2:22-cv-05387-RGK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 5).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Petitioner's request to proceed without prepayment of filing fees (Dkt. 2) is denied as moot, and Judgment will be entered dismissing the Petition without prejudice.

DATED:  9/20/2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE