JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO FUENTES, | Case No. 2:22-cv-05387-RGK-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| B. CATES, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  9/20/2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE